UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GLEN GILBERT,

                Plaintiff,

    v.

E. KROHA, et al.,

                Defendants.

CASE NO. 3:18-cv-05421-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: August 31, 2018

    This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

    In June of 2018, the Court entered an order to show cause or file an amended complaint, explaining to plaintiff that he had provided sufficient allegations to state a claim against defendant Kroha, but had failed to produce sufficient allegations as to all his remaining defendants. Dkt. 7. The Court ordered plaintiff to show cause or file an amended complaint on or before July 13, 2018, as to why those defendants should not be dismissed. *Id*. The Court warned

REPORT AND RECOMMENDATION - 1

1  that a failure to respond could result in the Court recommending dismissal of his action. *Id*.
2  Plaintiff has failed to respond.
3      Therefore, the Court recommends dismissing all defendants except for defendant Kroha
4  for failure to obey a court order. Because the Court has already screened plaintiff's complaint
5  and found that plaintiff has stated a claim against defendant Kroha, the case should proceed
6  against defendant Kroha.
7      Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
8  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
9  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
10 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
11 of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
12 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
13 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **August 31,**
14 **2018** as noted in the caption.
15     Dated this 15th day of August, 2018.

                                         */s/ J. Richard Creatura*
                                         J. Richard Creatura
                                         United States Magistrate Judge