UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLEN GILBERT,<br><br>               Plaintiff,<br><br>    v.<br><br>E. KROHA, et al.,<br><br>               Defendants. | CASE NO. 3:18-cv-05421-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)    The Court adopts the Report and Recommendation.

(2)    All defendants except defendant Kroha are dismissed from this action because of plaintiff's failure to obey a court order. The case will proceed against defendant Kroha.

**DATED** this 4th day of September, 2018.

Ronald B. Leighton
United States District Judge