18HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GLEN GILBERT,<br><br>        Plaintiff,<br><br>  v.<br><br>EDITH KROHA,<br><br>        Defendant. | CASE NO. C18-5421 RBL<br><br>ORDER |

    THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. #21].

1. The Report and Recommendation is **ADOPTED;**

2. Defendant Kroha's Motion for Summary Judgment [Dkt. #18] is **GRANTED** and Plaintiff Gilbert's claims against her are **DISMISSED** without prejudice, for failure to exhaust administrative remedies;

3. If he appeals, Gilebert's *in forma pauperis* status **will** continue;

ORDER - 1

The Clerk shall send copies of this Order to Gilbert's last known address and to Magistrate Judge Creatura.

Dated this 28th day of February, 2019.

Ronald B. Leighton
United States District Judge